Michael F. Ram (SBN 104805)
MORGAN AND MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RASH, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>TELEBRANDS CORPORATION<br><br>Defendant(s). | CASE NUMBER<br><br>5:21-cv-00998-JWH-SP<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Thompson, Brendan S   of   Cuneo Gilbert & LaDuca LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   4725 Wisconsin Ave, Suite 200
   Washington, DC 20016

202-789-3960   202-789-1813
*Telephone Number*   *Fax Number*

brendant@cuneolaw.com
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

CHRISTOPHER RASH

*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Ram, Michael F.   of   MORGAN AND MORGAN
*Designee's Name (Last Name, First Name & Middle Initial)*   COMPLEX LITIGATION GROUP
   711 Van Ness Avenue, Suite 500
104805   415.358.6913   415.358.6923   San Francisco, CA 94102
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:   ☐ for failure to pay the required fee.

   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

   ☐ for failure to complete Application: _____

   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

   ☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office District.

   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded  ☐ not be refunded.

Dated: June 25, 2021

*[signature]*

John W. Holcomb, U.S. District Judge