Michael F. Ram (SBN 104805)
MORGAN AND MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RASH, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>TELEBRANDS CORPORATION<br><br>Defendant(s). | CASE NUMBER<br><br>5:21-cv-00998-JWH-SP<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

LaDuca, Charles J
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-789-3960           202-789-1813
*Telephone Number*      *Fax Number*

charles@cuneolaw.com
*E-Mail Address*

of  Cuneo Gilbert & LaDuca LLP
4725 Wisconsin Ave, Suite 200
Washington, DC 20016
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

CHRISTOPHER RASH

*Name(s) of Party(ies) Represent*     ✓ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Ram, Michael F.
*Designee's Name (Last Name, First Name & Middle Initial)*

104805            415.358.6913          415.358.6923
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

*E-Mail Address*

of  MORGAN AND MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid:   ☒ be refunded   ☐ not be refunded.

Dated: June 25, 2021

*[signature]*
John W. Holcomb, U.S. District Judge