Michael F. Ram
MORGAN AND MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RASH, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>TELEBRANDS CORPORATION<br><br>Defendant(s). | CASE NUMBER<br><br>5:21-cv-00998-JWH-SP<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Strauss, Samuel J.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(608) 237-1775     (608) 509-4423
*Telephone Number     Fax Number*
sam@turkestrauss.com
*E-Mail Address*

of

Turke & Strauss LLP
613 Williamson St., Suite 201
Madison, WI 53703
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

CHRISTOPHER RASH

*Name(s) of Party(ies) Represent*     ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Ram, Michael F.
*Designee's Name (Last Name, First Name & Middle Initial)*
104805     415.358.6913     415.358.6923
*Designee's Cal. Bar No.   Telephone Number   Fax Number*
mram@forthepeople.com
*E-Mail Address*

of

MORGAN AND MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office District.
- ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☒ be refunded  ☐ not be refunded.

Date: June 25, 2021

*[signature]*
John W. Holcomb, U.S. District Judge