Gabriel S. Barenfeld
NELSON & FRAENKEL, LLP
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RASH, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>TELEBRANDS CORPORATION<br><br>Defendant(s). | CASE NUMBER<br><br>5:21-cv-00998-JWH-SPx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Thompson, Brendan S
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-789-3960          202-789-1813
*Telephone Number*     *Fax Number*

brendant@cuneolaw.com
*E-Mail Address*

of  Cuneo Gilbert & LaDuca LLP
4725 Wisconsin Ave, Suite 200
Washington, DC 20016
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

CHRISTOPHER RASH
*Name(s) of Party(ies) Represent*          ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Barenfeld, Gabriel S.
*Designee's Name (Last Name, First Name & Middle Initial)*

224146          844-622-6469     213-622-6019
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

gbarenfeld@nflawfirm.com
*E-Mail Address*

of  NELSON & FRAENKEL, LLP
601 So. Figueroa Street, Ste. 2050
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:   ☐ for failure to pay the required fee.

☒ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application:

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded ☐ not be refunded.

**Dated: June 29, 2021**

*[signature]*
John W. Holcomb, U.S. District Judge