MICHAEL F. RAM (SBN 104805)
mram@forthepeople.com
MARIE N. APPEL (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Attorneys for Plaintiff Christopher Rash

VALENTINE A. SHALAMITSKI (SBN 236061)
vas@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Telebrands Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RASH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TELEBRANDS CORPORATION,<br><br>Defendant. | CASE NO. 5:21-cv-00998-JWH (SPx)<br><br>The Honorable John W. Holcomb<br><br>**JOINT STIPULATION OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, all parties to the above-entitled action, through their respective counsel of record, stipulate and agree that Plaintiff Christopher Rash dismisses this action in its entirety, with prejudice as to his individual claims and without prejudice as to the putative class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Except as otherwise agreed, all parties to bear their own costs and attorneys' fees.

Pursuant to the aforementioned statute, no Court order is required in connection with this stipulation of dismissal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 27, 2022        By:    /s/ Michael F. Ram
                                  Michael F. Ram (SBN 104805)
                                  mram@forthepeople.com
                                  Marie N. Appel (SBN 187483)
                                  mappel@forthepeople.com
                                  MORGAN & MORGAN
                                  COMPLEX LITIGATION GROUP
                                  711 Van Ness Avenue, Suite 500
                                  San Francisco, CA 94102
                                  Telephone: (415) 358-6913
                                  Facsimile: (415) 358-6923

                                  Jeffrey B. Cereghino (SBN 99480)
                                  jbc@cereghinolaw.com
                                  CEREGHINO LAW GROUP LLP
                                  649 Mission Street, Floor 5
                                  San Francisco, CA 94105
                                  Telephone: (415) 433-4949

                                  Samuel J. Strauss
                                  (To be admitted Pro Hac Vice)
                                  sam@turkestrauss.com
                                  TURKE STRAUSS, LLP
                                  613 Williamson Street, Suite 100
                                  Madison, WI 53703
                                  Telephone: (608) 237-1775

Mitchell Silberberg & Knupp LLP

14256029.1

Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
NELSON & FRAENKEL LLP
601 S. Figueroa Street., Suite 2050
Los Angeles, California, 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

Charles J. LaDuca
(To be admitted Pro Hac Vice)
charles@cuneolaw.com
Brendan Thompson
(To be admitted Pro Hac Vice)
brendant@cuneolaw.com
CUNEO GILBERT & LaDUCA, LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 200016
Telephone: (202) 789-3960\

Attorneys for Plaintiff Christopher Rash

DATED:  MAY 27, 2022

VALENTINE A. SHALAMITSKI
MITCHELL SILBERBERG & KNUPP LLP


By: /s/ Valentine A. Shalamitski
Valentine A. Shalamitski
Attorneys for Defendant Telebrands Corp.


### **Attestation Regarding Signatures**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Valentine A. Shalamitski, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Valentine A. Shalamitski
Valentine A. Shalamitski
Attorneys for Defendant Telebrands Corp.